TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00532-CV

T. J.'s Towing Service, L.L.C. d/b/a J & J Towing & Auto Sales, Appellant

v.

David Sewell, Laurie Sewell, and Kateri Gemperlee, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 96-14244, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 The parties have filed an agreed motion to dismiss the appeal because they have
entered into a written settlement agreement signed by all parties. We grant their motion. In
accord with their motion, we vacate the trial-court judgment and dismiss the appeal.

Chief Justice Carroll, Justices Jones and Kidd

Judgment Vacated and Appeal Dismissed on Agreed Motion

Filed: January 15, 1998

Do Not Publish